| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:16CR176 |
| | § | |
| BIBIANA CORREA PEREA (2) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 22, 2018, the report of the Magistrate Judge [Dkt. 149] was entered containing proposed findings of fact and recommendations that Defendant Bibiana Correa Perea's Motion to Exclude Video Made in Columbia [Dkt. 123] be denied without prejudice as premature.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant Bibiana Correa Perea's Motion to Exclude Video Made in Columbia [Dkt. 123] is **DENIED**.

**IT IS SO ORDERED.**

SIGNED at Plano, Texas, this 6th day of February, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE